[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 13-13294
Non-Argument Calendar
_____

D.C. Docket No. 8:12-cv-00518-VMC-EAJ


NANCY TAYLOR,

                                                    Plaintiff - Appellant,

versus

UNITED STATES OF AMERICA,

                                                    Defendant - Appellee.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(February 5, 2014)

Before TJOFLAT, WILSON and FAY, Circuit Judges.

PER CURIAM:

We conclude that the District Court, for the reasons stated in its June 19, 2013 order, correctly determined that it lacked jurisdiction to entertain this Federal Tort Claims Act case.  Its judgment dismissing the case under Federal Rule of Civil Procedure 12(b)(1) is, accordingly,

AFFIRMED.